March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

                , Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence


*Oscar Rios (ajb on behalf of client)*
_____
_ Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Oscar Rios
_____
Print Defendant's Name

_____
Defense Counsel's Signature
*A. James Bell*

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

5/5/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge