# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

September 21, 2021

<u>Via ECF</u>
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Oscar Rios*, 20Cr673

Dear Judge Cronan:

I am CJA appointed counsel for Mr. Oscar Rios and submit this letter with the consent of the Government to seek an adjournment of our change of plea hearing scheduled for tomorrow, September 22nd at 11:30 am. This adjournment is necessary, as I am out of the District attending to my father who recently experienced a medical emergency. I have consulted with the Government regarding this application and the follow are mutually convenient dates for the parties to proceed:

October 5th (morning); October 6th; October 7th (morning) and
October 12th (morning), and October 14th (morning)

Thank you in advance for any and all consideration of this application. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

Cc: All counsel, by ECF

This request is granted. Defendant Oscar Rios's plea hearing is adjourned to October 6, 2021, at 10:00 am.

SO ORDERED.

Date: September 21, 2021

New York, New York

JOHN P. CRONAN
United States District Judge