# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

January 7, 2022

Via ECF
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendant Oscar Rios's request for an adjournment of his sentencing is granted. The sentencing is adjourned to March 23, 2022, at 10:00 a.m.  The Court sends its condolences to Mr. Bell and his family.
>
> SO ORDERED.
> Date: January 8, 2022
> New York, New York
>
> *[signature]*
> JOHN P. CRONAN
> United States District Judge

Re: *United States v. Oscar Rios*, 20Cr673

Dear Judge Cronan:

    I am CJA appointed counsel for Mr. Oscar Rios and submit this letter with the consent of the Government to seek an adjournment of the sentencing hearing that is scheduled for January 14th at 2 pm. Unfortunately I needed to be out of the district for several weeks to attend to a family emergency that resulted in a tragic death in my family. Given my absence, along with continued family and professional responsibilities, I am seeking an adjournment to the week of March 21st or to a date thereafter that is convenient for the Court. Please also know that I consulted with Mr. Rios in advance of this filing and he does not object to the requested adjournment.

    Thank you in advance for any and all consideration of this application.  We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

Cc: All counsel, by ECF