UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
       -v-                                                         :     20 Cr. 673 (JPC)
:
OSCAR RIOS, a/k/a "Oski,"                                          :     ORDER
:
                       Defendant.                                  :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By the end of the day today, April 11, 2022, the Government shall provide the Court a copy of the records of Mr. Rios's infractions at Essex County Correctional Facility that are referenced in the Government's April 9, 2022 letter, Dkt. 89, and the incident referenced on page 7, footnote 7, of the Government's March 16, 2022 sentencing submission, Dkt. 86.

      SO ORDERED.

Dated: April 11, 2022
      New York, New York
                                                            JOHN P. CRONAN
                                                        United States District Judge