UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA                :

     -v-                                   :        20 Cr. 673 (JPC)

OSCAR RIOS, a/k/a "Oski,"                :        ORDER

                Defendant.         :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court adjourns Mr. Rios's sentencing, scheduled for April 12, 2022 at 3:00 p.m., until April 14, 2022 at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

       SO ORDERED.

Dated: April 11, 2022
       New York, New York
                                                        JOHN P. CRONAN
                                                        United States District Judge