UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA                     :

      -v-                                          :          20 Cr. 673 (JPC)

OSCAR RIOS,                                 :          <u>ORDER</u>

                    Defendant.             :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court received a motion for compassionate release from Defendant via mail, which is attached to this Order. The Government shall file a response to Defendant's motion by September 9, 2025.

       SO ORDERED.

Dated: August 12, 2025
       New York, New York                                  JOHN P. CRONAN
                                                       United States District Judge